UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20431-CIV-GRAHAM/TORRES

FIRST UNUM LIFE INSURANCE
COMPANY, a foreign corporation,

       Plaintiff,

vs.

MARIA BENTLEY,

       Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Enforce Settlement Agreement and Motion for Entry of Judgment [D.E. 10] that was referred for disposition on April 20, 2010. A timely response to the motion was not filed contrary to S.D. Fla. Local R. 7.1. The Court then scheduled the matter for hearing May 5, 2010, and Ordered Plaintiff to cause the Order to be served on Defendant, which Plaintiff complied with as reflected in the Notice of Service filed April 23, 2010. [D.E. 13, 14].

Despite record evidence that Defendant received notice of the motion and the hearing, Defendant failed to appear for the scheduled hearing as Ordered. Consequently, the pending matters are ripe for disposition.

    1.    Defendant's Motion to Enforce Settlement Agreement is **GRANTED IN PART**. The motion is based upon Defendant's default on a settlement agreement entered into originally on May 21, 2007 (and as later amended/supplemented). Despite

efforts to achieve a compromise payment schedule, Defendant has defaulted on the parties' settlement agreement.  Consequently, the pending motion seeks Court enforcement of the agreement and entry of judgment thereon.

    2.    Defendant's failure to comply with the agreement is firmly established in this record, as is her failure to comply with this Court's Order requiring Defendant to appear before the Court to respond to the motion.

    3.    Accordingly, the Court will grant the motion to enforce, for good cause shown and, at least, as a sanction for Defendant's failure to respond to this Court's Order.  Defendant is Ordered to resolve this matter with Defendant by June 21, 2010, or otherwise respond in writing to this Order and show cause why additional relief should not be granted.

    4.    Defendant's Motion for Entry of Judgment is **DENIED** as premature pending Defendant's response to this Order.  Additionally, the entry of this Order is without prejudice to the Court's stated concerns on the record at the hearing.

    5.    Plaintiff is again Ordered to cause a copy of this Order to be served at Defendant's last known address.

    6.    The entry of this Order is also without prejudice to any other remedy available to Plaintiff as provided by law.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of June, 2010.

EDWIN G. TORRES  
United States Magistrate Judge